PER CURIAM.
Affirmed. See, Parker v. State, 389 So.2d 336 (Fla. 4th DCA 1980); Williams v. State, 346 So.2d 67 (Fla.1977); Clark v. State, 378 So.2d 1315, 1316-17 (Fla. 3d DCA 1980); Whitted v. State, 362 So.2d 668 (Fla.1978); Taylor v. State, 386 So.2d 825, 827-28 (Fla. 3d DCA 1980); § 924.33, Fla.Stat. (1979); Ziegler v. State, 385 So.2d 1168 (Fla. 1st DCA 1980); Knight v. State, 374 So.2d 1065, 1067 (Fla. 3d DCA 1979), cert. denied, 386 So.2d 642 (Fla.1980).